**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000372
08-SEP-2021
08:29 AM
Dkt. 23 OGMD**

NO. CAAP-21-0000372

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TERESITA F. RAMOS, Claimant-Appellant-Appellee, v.
HILTON WORLDWIDE, INC., Employer-Appellee-Appellant, and
ACE AMERICAN INSURANCE COMPANY,
Insurance Carrier-Appellee-Appellant, and
SEDGWICK CMS, Insurance Adjuster-Appellee-Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2018-012; DCD NO. 2-14-04373)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Fujise, JJ.)

Upon consideration of Employer-Appellee-Appellant Hilton Worldwide, Inc., Insurance Carrier-Appellee-Appellant Ace American Insurance Company, and Insurance Adjuster-Appellee-Appellant Sedgwick CMS's August 20, 2021 Motion for Order of Dismissal of Appeal Filed June 17, 2021, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, September 8, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Alexa D.M. Fujise
Associate Judge